Geoffrey O. Evers (140541)
EVERS LAW GROUP, A Professional Corporation
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
tel: 916-974-3000
fax: 916-720-0332
g.evers@everslaw.com

Attorney for Plaintiffs
NATIONAL EMERGENCY MEDICAL
SERVICES ASSOCIATION, INC. and
ERIC STEPHENS

FILED
APR 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION, INC. and ERIC STEPHENS, as Vice President of NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES GAMBONE, an individual, MEGAN MCNAMARA, an individual, PAUL ANGELO, an individual, SAMI ABED, an individual, JEFFREY MISNER, an individual, SANDRA CANEZ, an individual, ROD BROUHARD, an individual, MELANIE MARTINEZ, an individual, AUDREY DIXON, an individual, KRISTI DICKENS, an individual, LORNA ROBERTS, an individual, PAIGE MILLER, an individual, DAVE MCKINNON, an individual, DARRELL ALBINO, an individual, WILLIAM BOWER, an individual, and DOES 1-20, inclusive <br><br> Defendants. | Case No. 1:12-CV-01336-A.I.-D.B. |

**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED between the parties to the above-entitled action, through their undersigned respective counsel of record, that the above-entitled action may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

1

*Stipulation and Order of Dismissal of Entire Action With Prejudice*

1      Plaintiff, National Emergency Medical Services Association, Inc., acknowledges
2  that by way of this dismissal Plaintiff waives and relinquishes any right to bring any
3  cause of action against Defendant, James Gambone, for any and all actions, statements
4  or activities set forth in the underlying Complaint.

5      IT IS SO STIPULATED.

6  DATED: March 27, 2013.    EVERS LAW GROUP, A Professional Corporation

BY: _____
Geoffrey O. Evers
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel: 916-974-3000

Attorney for Plaintiffs
NATIONAL EMERGENCY MEDICAL SERVICES
ASSOCIATION, INC. AND ERIC STEPHENS

DATED: March_____, 2013.    LAW OFFICES OF BURTON F. BOLTUCH

BY: _____
Burton F. Boltuch
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Tel: 510-622-7700

Attorneys for Defendant
JAMES GAMBONE

DATED: March 27, 2013.    SUNDEEN SALINAS & PYLE

BY: _____
Hunter Pyle
Tanya Tambling
428 13th Street 8th Floor
Oakland, CA 94612
Tel: 510-663-9240

Attorneys for Defendants
SAMI ABED, PAIGE MILLER, AUDREY DIXON,
KRISTI DICKENS, WILLIAM BOWER, PAUL ANGELO,
MEGAN MCNAMARA, JEFFREY MISNER, DAVE
MCKINNON, SANDRA CANEZ, and LORNA
ROBERTS

1   Plaintiff, National Emergency Medical Services Association, Inc., acknowledges
2   that by way of this dismissal Plaintiff waives and relinquishes any right to bring any
3   cause of action against Defendant, James Gambone, for any and all actions, statements
4   or activities set forth in the underlying Complaint.
5   IT IS SO STIPULATED.
6   DATED: March_____, 2013.   EVERS LAW GROUP, A Professional Corporation

8   BY: _____
    Geoffrey O. Evers
9   641 Fulton Avenue, Suite 200
    Sacramento, CA 95825
10  Tel: 916-974-3000

11  Attorney for Plaintiffs
    NATIONAL EMERGENCY MEDICAL SERVICES
12  ASSOCIATION, INC. AND ERIC STEPHENS

13  DATED: March 26, 2013.   LAW OFFICES OF BURTON F. BOLTUCH

15  BY: _____
    Burton F. Boltuch
16  1300 Clay Street, Suite 600
    Oakland, CA 94612-1427
17  Tel: 510-622-7700

18  Attorneys for Defendant
    JAMES GAMBONE
19
    DATED: March_____, 2013.   SUNDEEN SALINAS & PYLE
20

22  BY: _____
    Hunter Pyle
    Tanya Tambling
23  428 13th Street 8th Floor
    Oakland, CA 94612
24  Tel: 510-663-9240

25  Attorneys for Defendants
    SAMI ABED, PAIGE MILLER, AUDREY DIXON,
26  KRISTI DICKENS, WILLIAM BOWER, PAUL ANGELO,
    MEGAN MCNAMARA, JEFFREY MISNER, DAVE
27  MCKINNON, SANDRA CANEZ, and LORNA
    ROBERTS

2

*Stipulation and Order of Dismissal of Entire Action With Prejudice*

1 | DATED: March_____, 2013.      THE ZUMWALT LAW FIRM

BY: *Graham Lopez*
Graham Scott Lopez
1600 G Street, Suite 104
Modesto, CA 95354
Tel: 209-577-6100

Attorneys for Defendants
MELANIE MARTINEZ, ROD BROUHARD and
DARRELL ALBINO

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED:   4-15-13

_____
DISTRICT COURT JUDGE

3
*Stipulation and Order of Dismissal of Entire Action With Prejudice*